IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | No. C 07-00093 WHA |
| Plaintiff, | |
| v. | **ORDER RE NOTICE OF NEED FOR MEDIATION** |
| WAL-MART REAL ESTATE BUSINESS, | |
| Defendant. / | |

Parties have not complied with the scheduling order for cases under the Americans with Disabilities Act (Doc. No. 4). Pursuant to General Order No. 56, parties must file a notice of need for mediation no later than **FRIDAY, JUNE 22, 2007, AT NOON**. If such notice is not filed by the deadline, the Court will set a case management conference at which further deadlines will be set.

**IT IS SO ORDERED.**

Dated: June 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE