IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART REAL ESTATE BUSINESS,<br><br>    Defendant.<br>_____ / | No. C 07-00093 WHA<br><br><br>**ORDER RE STIPULATION OF DISMISSAL** |

    The Court has received parties' stipulation to dismiss this action. Parties' stipulation to dismiss the action with prejudice pursuant to Rule 41(a)(2) is **GRANTED**. The Court will not, however, retain jurisdiction for one year to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: September 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE